IN RE J.T.

[Cite as *In re J.T.*, 132 Ohio St.3d 298, 2012-Ohio-2796.]

(No. 2011–1336—Submitted June 20, 2012—Decided June 26, 2012.)

{¶ 1} The cause is dismissed, sua sponte, as having been improvidently accepted.

O'CONNOR, C.J., and PFEIFER, O'DONNELL, LANZINGER, CUPP, and McGEE BROWN, JJ., concur.

LUNDBERG STRATTON, J., dissents and would order briefing.

Kenneth Oswalt, Licking County Prosecuting Attorney, and Rachel Otkavec, Assistant Prosecuting Attorney, for appellee.

Todd W. Barstow, for appellant.